**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

(856) 757-5341   Telephone
(856) 757-5273   Facsimile

<u>**FILED ELECTRONICALLY VIA ECF**</u>

March 12, 2022

The Honorable Katharine S. Hayden
Senior United States District Judge
Frank R. Lautenberg US Post Office and Courthouse
1 Federal Square, Room 311
Newark, NJ  07101

RE:   <u>United States v. Quadree Smith</u>
      Criminal No. 03-844-02 KSH

Dear Judge Hayden:

Please be advised that pursuant to Standing Order 2020-08, the Federal Public Defender's Office has reviewed the *pro se* filing for compassionate release filed by Quadree Smith in Criminal No. 03-844-02.

Our office will not be entering an appearance in this case because the defendant does not appear to fall within the class of people that the Centers for Disease Control considers the most vulnerable to COVID-19.  Our office takes no position on whether the defendant is otherwise eligible for compassionate release/reduction of sentence and leaves this question to the Court's discretion.

Should the Court have any questions or need further information, please do not

_____

hesitate to contact me.

                                                           Respectfully,

                                                           *s/ Maggie F. Moy*

                                                           MAGGIE F. MOY
                                                           Assistant Federal Public Defender

cc:    Samantha Christine Fasanello, AUSA (via email)
        C. Melillo, Deputy Clerk (via email)